UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

PAUL J. FISHMAN
United States Attorney, District of
New Jersey
By: ROBERT MOPSICK
Special Assistant U.S. Attorney
RM1580
One Newark Center, Suite 1500
Newark, New Jersey 07102-5224
(973) 645-2627

Case No. 09-40461 (MS)

Chapter 11

In Re:

VERA E. CARPENTER,

    Debtor.

Hearing: April 14, 2014
         10:00 AM

Judge: Stern

## DECLARATION OF GEORGE HELLERMAN IN SUPPORT OF MOTION TO DISMISS CHAPTER 11 CASE

I, George Hellerman, declare:

1. I understand this declaration is to be submitted to the United States Bankruptcy Court, District of New Jersey. Unless otherwise noted, I have personal knowledge of all events contained in this Declaration or I have determined that the events occurred based upon my review of the administrative file in the present case. It is part of my job duties to review administrative files and records of the Internal Revenue Service. I have reviewed the administrative file in this matter.

2. I am a Bankruptcy Specialist with the Internal Revenue Service, 955 South Springfield Avenue, Springfield, New Jersey 07081.

3. As a Bankruptcy Specialist, my position involves, among other things, monitoring the tax compliance of debtors in bankruptcy.

4. I was the Bankruptcy Specialist who was assigned to monitor the debtor's tax compliance in the instant matter.

5. Pursuant to my assignment, I ascertained that as of the date of this Declaration, the debtor has defaulted on its plan payments to the IRS. The plan requires the debtor to make monthly payments of $575.54. However, as summarized on the attached Plan Monitoring Payment Record (Exhibit A), in the 36 months since confirmation, the debtor has made only 16 payments, and, has not made a payment since August 19, 2013.

6. Moreover, the debtor has failed to file Form 1040 income tax returns for the taxable years 2010 and 2012. I made this finding after reviewing Internal Revenue Service tax return transcripts for these years, true and correct copies of which are attached hereto as Exhibits B and C, respectively.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2014.

GEORGE HELLERMAN
Bankruptcy Specialist

# PLAN MONITORING PAYMENT RECORD

Taxpayer: CARPENTER, VERA E
Case #: 09-40461 NJ02
Plan Type: CONFIRMED

## Payment Date: 12/27/2011    Check # 19062979435

| TIN | MFT | Period End | Claim Code | Tax (Trust Fund) | Tax (Non Trust) | Pre-Pet Penalty | Pre-Pet Interest | Accrued Interest |
|---|---|---|---|---|---|---|---|---|
|   | 30 | 200312 | S | $0.00 | $82.21 | $0.00 | $0.00 | $0.00 |

Payment Total: $82.21

## Payment Date: 12/27/2011    Check # 19062979446

| TIN | MFT | Period End | Claim Code | Tax (Trust Fund) | Tax (Non Trust) | Pre-Pet Penalty | Pre-Pet Interest | Accrued Interest |
|---|---|---|---|---|---|---|---|---|
| 7 | 30 | 200312 | S | $0.00 | $493.33 | $0.00 | $0.00 | $0.00 |

Payment Total: $493.33

## Payment Date: 01/13/2012    Check # 11318965552

| TIN | MFT | Period End | Claim Code | Tax (Trust Fund) | Tax (Non Trust) | Pre-Pet Penalty | Pre-Pet Interest | Accrued Interest |
|---|---|---|---|---|---|---|---|---|
| 1 | 30 | 200312 | S | $0.00 | $575.54 | $0.00 | $0.00 | $0.00 |

Payment Total: $575.54

## Payment Date: 02/15/2012    Check # 1135554612

| TIN | MFT | Period End | Claim Code | Tax (Trust Fund) | Tax (Non Trust) | Pre-Pet Penalty | Pre-Pet Interest | Accrued Interest |
|---|---|---|---|---|---|---|---|---|
|   | 30 | 200312 | S | $0.00 | $575.54 | $0.00 | $0.00 | $0.00 |

Payment Total: $575.54

EXHIBIT A

# PLAN MONITORING PAYMENT RECORD

Taxpayer: CARPENTER, VERA E
Case #: 09-40461 NJ02

Plan Type: CONFIRMED

**Payment Date: 03/22/2012**    Check # 1139411280

| TIN | MFT | Period End | Claim Code | Tax (Trust Fund) | Tax (Non Trust) | Pre-Pet Penalty | Pre-Pet Interest | Accrued Interest |
|---|---|---|---|---|---|---|---|---|
| | 30 | 200312 | S | $0.00 | $500.74 | $0.00 | $0.00 | $0.00 |

Payment Total: $500.74

**Payment Date: 05/07/2012**    Check # 1143958638

| TIN | MFT | Period End | Claim Code | Tax (Trust Fund) | Tax (Non Trust) | Pre-Pet Penalty | Pre-Pet Interest | Accrued Interest |
|---|---|---|---|---|---|---|---|---|
| | 30 | 200312 | S | $0.00 | $575.74 | $0.00 | $0.00 | $0.00 |

Payment Total: $575.74

**Payment Date: 06/18/2012**    Check # 1148796889

| TIN | MFT | Period End | Claim Code | Tax (Trust Fund) | Tax (Non Trust) | Pre-Pet Penalty | Pre-Pet Interest | Accrued Interest |
|---|---|---|---|---|---|---|---|---|
| | 30 | 200312 | S | $0.00 | $493.53 | $0.00 | $0.00 | $0.00 |
| | 30 | 200812 | P | $0.00 | $82.21 | $0.00 | $0.00 | $0.00 |

Payment Total: $575.74

**Payment Date: 07/13/2012**    Check # 1151786998

| TIN | MFT | Period End | Claim Code | Tax (Trust Fund) | Tax (Non Trust) | Pre-Pet Penalty | Pre-Pet Interest | Accrued Interest |
|---|---|---|---|---|---|---|---|---|
| | 30 | 200312 | S | $0.00 | $575.74 | $0.00 | $0.00 | $0.00 |

Payment Total: $575.74

```
PLAN MONITORING PAYMENT RECORD

Taxpayer: CARPENTER, VERA E                                    Plan Type: CONFIRMED
Case #: 09-40461 NJ02

Payment Date: 08/17/2012            Check # 2043632476l

        Period   Claim        Tax             Pre-Pet          Pre-Pet         Accrued
TIN     MFT End  Code    (Trust Fund)         Penalty          Interest        Interest
        30  200312  S        $0.00             $0.00            $0.00           $0.00

Payment Total:  $575.74

Payment Date: 11/23/2012            Check # 1165309470

        Period   Claim        Tax             Pre-Pet          Pre-Pet         Accrued
TIN     MFT End  Code    (Trust Fund)         Penalty          Interest        Interest
  /     30  200312  S        $0.00             $0.00            $0.00           $0.00
        30  200812  P        $0.00             $0.00            $0.00           $0.00

Payment Total:  $575.74

Payment Date: 01/31/2013            Check # 1172113315

        Period   Claim        Tax             Pre-Pet          Pre-Pet         Accrued
TIN     MFT End  Code    (Non Trust)          Penalty          Interest        Interest
        30  200312  S      $574.74             $0.00            $0.00           $0.00

Payment Total:  $574.74

Payment Date: 03/20/2013            Check # 2082941274З

        Period   Claim        Tax             Pre-Pet          Pre-Pet         Accrued
TIN     MFT End  Code    (Trust Fund)         Penalty          Interest        Interest
        30  200312  S      $493.53            $82.21            $0.00           $0.00
        30  200812  S      $178.62           $397.38            $0.00           $0.00

Payment Total:  $576.00
```

# PLAN MONITORING PAYMENT RECORD

Taxpayer: CARPENTER, VERA E
Case #: 09-40461 NJ02                                          Plan Type: CONFIRMED

Payment Date: 05/15/2013        Check # 1183099563

| TIN | MFT | Period End | Claim Code | Tax (Trust Fund) | Tax (Non Trust) | Pre-Pet Penalty | Pre-Pet Interest | Accrued Interest |
|---|---|---|---|---|---|---|---|---|
| 7 | 30 | 200312 | S | $0.00 | $0.00 | $574.74 | $0.00 | $0.00 |

Payment Total:    $574.74

Payment Date: 06/21/2013        Check # 118685260

| TIN | MFT | Period End | Claim Code | Tax (Trust Fund) | Tax (Non Trust) | Pre-Pet Penalty | Pre-Pet Interest | Accrued Interest |
|---|---|---|---|---|---|---|---|---|
|  | 30 | 200312 | S | $0.00 | $0.00 | $574.74 | $0.00 | $0.00 |

Payment Total:    $574.74

Payment Date: 07/12/2013        Check # 1189099511

| TIN | MFT | Period End | Claim Code | Tax (Trust Fund) | Tax (Non Trust) | Pre-Pet Penalty | Pre-Pet Interest | Accrued Interest |
|---|---|---|---|---|---|---|---|---|
|  | 30 | 200312 | S | $0.00 | $0.00 | $574.74 | $575.00 | $0.00 |

Payment Total:    $574.74

Payment Date: 08/19/2013        Check # 1192856606

| TIN | MFT | Period End | Claim Code | Tax (Trust Fund) | Tax (Non Trust) | Pre-Pet Penalty | Pre-Pet Interest | Accrued Interest |
|---|---|---|---|---|---|---|---|---|
|  | 30 | 200312 | S | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Payment Total:    $575.00

# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

## Tax Return Transcript

|  |  |
|---|---|
| Request Date: | 12-05-2013 |
| Response Date: | 12-05-2013 |
| Tracking Number: | 100177703522 |

**SSN Provided:** 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
**Tax Period Ending:** Dec. 31, 2010
**Form Number:** 1040

No record of return filed.

| This Product Contains Sensitive Taxpayer Data |
|---|

Done    Print

EXHIBIT  B

# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

## Tax Return Transcript

Request Date: 12-05-2013
Response Date: 12-05-2013
Tracking Number: 100177703522

**SSN Provided:** 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
**Tax Period Ending:** Dec. 31, 2012
**Form Number:** 1040

No record of return filed.

| This Product Contains Sensitive Taxpayer Data |
|---|

Done  Print

EXHIBIT  C